NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDOLPH KAHL-WINTER,                )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D19-4195
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____    )

Opinion filed September 9, 2020.

Appeal from the Circuit Court for Pasco
County; Kimberly A. Campbell, Judge.

Randolph Kahl-Winter, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes, Senior
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


VILLANTI, LUCAS, and SMITH, JJ., Concur.